大成 DENTONS

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D   +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2024

April 24, 2024

<u>VIA ECF</u>

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Request granted. All deadlines stayed until June 10, 2024.

SO ORDERED:

4/24/2024   /s/ signature

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:   *Castro v. Winston Furniture Company of Alabama, LLC*, Case No. 1:23-cv-07920-JHR-RWL

Dear Judge Lehrburger:

We represent Defendant Winston Furniture Company of Alabama, LLC. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from April 24, 2024 to June 10, 2024.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:   All counsel of record (by ECF)