大成 DENTONS

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D   +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

June 7, 2024

**VIA ECF**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2024
```

Granted.

SO ORDERED:

6/10/2024    /s/ Robert W. Lehrburger

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:   *Castro v. Winston Furniture Company of Alabama, LLC*, Case No. 1:23-cv-07920-JHR-RWL

Dear Judge Lehrburger:

We represent Defendant Winston Furniture Company of Alabama, LLC. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to extend the stay of all case deadlines in this action, granted on April 24, 2024 (Dkt #18), from June 10, 2024 to June 25, 2024.

The parties are finalizing their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation and anticipate that the dismissal will be filed no later than June 25, 2024.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:   All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms