The Clerk of Court is directed to lift the stay and close this case.

SO ORDERED.

*Jennifer H. Rearden, U.S.D.J.*
Date: January 13, 2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
**FELIX CASTRO**, on behalf of himself
and all others similarly situated,

                      Plaintiff,

        -against-

**WINSTON FURNITURE COMPANY OF ALABAMA**, LLC

                      Defendant.
---------------------------------------------------------x

Case No.: 1:23-cv-07920-JHR-RWL

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Jericho, New York
       June 26, 2024

                                                      Respectfully Submitted,

                                                       */ s / Noor A. Saab, Esq.*
                                                       By: Noor A. Saab Esq.
                                                       *Attorney for Plaintiff*
                                                       **The Law Office of Noor A. Saab**
                                                       380 North Broadway, Penthouse West
                                                       Jericho, New York 11753
                                                       Tel: 718-740-5060
                                                      Email: noorasaablaw@gmail.com